for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

JOSEPH BALDO, Appellant, v. IRVING BANK-COLUMBIA TRUST COMPANY, Defendant, and MARGARET SHELDON, etc., Respondent.— Motion to extend time to perfect appeal and to adjourn hearing granted. The time to perfect the appeal, as provided for in order dated November 11, 1927, is extended to the January, 1928, term. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

EDWARD W. BROWNING, Appellant, v. FRANCES HEENAN BROWNING, Respondent.— Motion to include in papers on appeal to Court of Appeals copies of notice of motion and order, granted. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

CASINO HALL, INC., Respondent, v. ABRAHAM H. LEVINSON, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

JULIUS CHRISTENSEN, Respondent, v. THE MICWIEL COMPANY, INC., and FRALBER REALTY CORPORATION, Appellants, Impleaded with Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

JULIUS CHRISTENSEN, Respondent, v. THE MICWIEL COMPANY, INC., and FRALBER REALTY CORPORATION, Appellants, Impleaded with Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

NATHAN COHEN, Appellant, v. A. F. A. REALTY CORPORATION, Respondent, and BROADWAY MAGNOLIA REALTY CORPORATION, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

JOHN T. EDWARDS, Appellant, v. JOHN J. BREEN and Others, Respondents.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

GENERAL SECURITIES CORPORATION, Appellant, v. M. D. MIRSKY & CO., INC., and Others, Respondents.— Motion for stay of execution granted upon condition that the bond be continued and that the stock which is the subject-matter of the litigation be deposited in court, subject to the further orders of the court; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

MICHAEL HALLORAN and Another, Appellants, v. N. & C. CONTRACTING COMPANY, Respondent.— Motion for reargument granted, and case set down for reargument on Friday, December 16, 1927. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

ELIZABETH HAYDEN, Administratrix, etc., of THOMAS HAYDEN, Deceased, Respondent, v. EUGENE MERRELL, Appellant.— Motion for reargument denied,